# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2010

142265 & (3)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SAMER S. HAKIM,
      Plaintiff,

v                                                      SC: 142265

BOARD OF LAW EXAMINERS,
      Defendant.

_____/

On the order of the Court, the motion for preliminary injunction is DENIED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2010

Clerk